**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00122-CR

## IN RE CURTIS MACK LEWIS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 599582**

## MEMORANDUM OPINION

On February 10, 2015, relator Curtis Mack Lewis filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator alleges various constitutional and statutory violations occurring in connection with a purported motion for post-conviction forensic DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure.

To be entitled to mandamus relief, a relator is required to file "a certified or sworn copy of any . . . document showing the matter complained of," Tex. R. App. P. 52.3(k)(1)(A), and "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding," Tex. R. App. P. 52.7(a)(1). Relator, however, has not provided this court any documentation in support of his mandamus petition, including the Chapter 64 motion relator claims he filed with the trial court.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).